

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00441-CV

Nasser **NAKISSA**, as Trustee of the Nasser Nakissa Family Trust,
Appellant

v.

Maxine Elizabeth Schuritz **KORUS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07505
The Honorable Richard E. Price, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

On November 7, 2016, appellant filed a motion for reconsideration of our October 19, 2016 memorandum opinion and order dismissing this appeal. We construe appellant's motion as a motion for rehearing. "A motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered." TEX. R. APP. P. 49.1. Appellant's motion for rehearing is untimely. Furthermore, appellant, who received notice of this court's October 19, 2016 memorandum opinion and order, has not notified this court of any change of address during the pendency of this appeal. Appellant's motion for rehearing is denied.

It is so ORDERED on November 17, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court